# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | CASE NO. 13-10211 BKT |
| LOURDES COLLAZO SANABRIA | CHAPTER 13 |
| Debtor(s) | |
| BANCO POPULAR PUERTO RICO - MORTGAGE DIVISION | 11 USC 362 d(1) d(2) |
| Movant | Relief from stay for cause |
| LOURDES COLLAZO SANABRIA and Chapter 13 Trustee, ALEJANDRO OLIVERAS RIVERA | |
| Respondent(s) | |

## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

Comes now, BANCO POPULAR PUERTO RICO - MORTGAGE DIVISION, secured creditor, represented by the undersigned attorney who respectfully pray and state as follows:

1.     Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G), 28 USC.

2.     The cause of action is based on section 362 d(1) and d(2), 11 USC.

3.     In this case, an Order for Relief was entered on December 09, 2013.

4.     Movant is the holder in due course of a Mortgage Note, hereinafter the (Note), for $85,507.33, bearing interest of 6.75%, due on May 01, 2033.  Exhibit A-1.

5.     Since the filing date, debtor account has accumulated **Post Petition** arrears as described in Exhibit (A) of this motion, Verified Statement in compliance with LBR 4001-1(d)(3) **and any other arrears that continue to accrue up to the date all post petitions arrears are paid.**

6.     Movant argues that considering what is here in above stated, cause exists for granting relief from the stay pursuant to section 362 d(1) d(2), supra, since debtor has failed to make post petition payments accordingly.

Included as Exhibit (B), is movant Verified Statement regarding the information required by the Service Member Civil Relief Act of 2003 and a Department of Defense Manpower Data Center Military Status Report.

7. Said default deprive movant to have its security interest protected as provided under the Bankruptcy Code.

8. If an order is entered granting the relief herein requested, the Chapter 13 Trustee shall be allowed to discontinue disbursements, if any were pending to the secured claim related to the note referred to in this motion an Exhibit A.

9. Movant hereby requests that an order lifting the automatic stay be entered in its favor and that such order constitutes an authorization for the trustee to conclude disbursements regarding Movant's claim.

WHEREFORE, movant prays for an Order granting the Relief from Stay as requested.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and to ALEJANDRO OLIVERAS RIVERA, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the 26 day of October, 2015.

**CARDONA JIMENEZ LAW OFFICES, PSC**
Attorney for BANCO POPULAR PUERTO RICO -
MORTGAGE DIVISION
PO Box 9023593
San Juan, PR 00902-3593
Tels: (787) 724-1303, Fax No. (787) 724-1369
E-mail: jf@cardonalaw.com

**s/Vivian Ortiz Ponce**, USDC PR 211611
vortiz@cardonalaw.com

# BANCO POPULAR DE PUERTO RICO
## Request for Legal Action

EXHIBIT - A

TO: **Cardona - Jimenez Law Office**

Loan Number: 2841

Debtor: LOURDES COLLAZO SANABRIA

Debtor:

---

BKR #: 13-10211          Date Filed: 12/09/13

Total Payments Due: 7          Pre-Petition: 4          Post-Petition: 3

---

**Post-Petition Arrears:**

| | | | |
|---|---|---|---|
| 3 | Months @ | 460.00 | 1,380.00 |
| 0 | Months @ | 0.00 | 0.00 |
| 0 | Months @ | 0.00 | 0.00 |
| 3 | Late Charges @ | 21.85 | 65.55 |
| | **SUBTOTAL** | | $1,445.55 |
| | Attorney Fees | | 650.00 |
| | Inspections | | 0.00 |
| | Filing Fees | | 176.00 |
| | Other Charges | | 0.00 |
| | **TOTAL** | | $2,271.55 |

**NOTE:**
All reinstallment payments must be made up to the current month, including legal fees and late charges.

**DUE DATE:** 04/01/15          **PRINCIPAL BALANCE** $72,490.27

## STATEMENT OF ACCOUNT

| DEBTOR: | LOURDES COLLAZO-ZANABRIA | | BPPR NUM: | **2841** |
|---|---|---|---|---|
| BANKRUPTCY NUM: | 13-10211 | | FILING DATE: | 12/09/13 |

### SECURED LIEN ON REAL PROPERTY

| | | | | |
|---|---|---|---|---|
| Principal Balance as of | 04/01/15 | | | 72,490.27 |
| Accrued interest from | 03/01/15 to 10/31/15 | | | 1,449.81 |
| Interest: 3.000% | Accrued num. of days: 240 | Per Diem: 6.040856 | | |

| Monthly payment to escrow | | | | | |
|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 |
| A&H | $0.00 | Life | $0.00 | | |
| Total montly escrow | | $0.00 | Months in arrears 0 | Escrow in arrears | 0.00 |
| | | | | Accrued Late Charge: | 485.00 |
| | | | | Proyected Late Charge: | |

| Advances Under Loan Contract: | | | | | |
|---|---|---|---|---|---|
| Title Search | $0.00 | Tax Certificate | $0.00 | Inspection $0.00 | 89.00 |
| Other | $89.00 | | | | |
| Legal Fees: | | | | | 425.00 |
| Total amount owed as of | 10/31/15 | | | | 74,939.08 |

### AMOUNT IN ARREARS

| PRE-PETITION AMOUNT: | | | | |
|---|---|---|---|---|
| 4 | payments of | $460.00 | each one | 1,840.00 |
| | acummulated lated charges | | | 441.70 |

| Advances Under Loan Contract: | | | | | |
|---|---|---|---|---|---|
| Title Search | $0.00 | Tax Certificate | $0.00 | Inspection $0.00 | 89.00 |
| Other | $89.00 | | | | |
| Legal Fees: | | | | | 425.00 |
| | | | A = TOTAL PRE-PETITION AMOUNT | | 2,795.70 |

| POST-PETITION AMOUNT: | | | | |
|---|---|---|---|---|
| 3 | payments of | $460.00 | each one | 1,380.00 |
| | Late Charge | | | 43.30 |
| | | | B = TOTAL POST-PETITION AMOUNT | 1,423.30 |
| | | | A + B = TOTAL AMOUNT IN ARREARS | 4,219.00 |

### OTHER INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Next pymt due | 04/01/15 | Interest rate 3.000% | P & I $437.03 | Monthly late charge | $21.85 |
| Investor | Banco Popular de Puerto Rico | Property address | Urb. Villa Humacao F-16 Humacao PR 00791 | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

*Xavier E. Valera*

10/08/15

**BANCO POPULAR DE PUERTO RICO**　　　　　　　　　　DATE

SACCTFHA　Xavier E. Valera Jimenez

Departamento de Justicia de Puerto Rico | Registro de la Propiedad

**Detalle:**

**Presentación por Correo: Asiento 517 Diario 904:** CORREO presenta a las
catorce horas y dieciséis minutos el 1 de marzo de 2011, Escritura número 360,
sobre Cancelación Parcial y Modificación de Hipoteca, otorgada en San Juan, el día
18 de noviembre de 2010 ante la notario DENISSE MARIE OCASIO RIVERA, para
que se cancelar y modificar a favor de BANCO POPULAR DE PUERTO RICO
sobre la finca número 12773 del término municipal de Humacao, Solar 16-F de la
Urbanización Villa Humacao con cabida de 344.25 mc. Con un valor la transacción
**de $6,492.67. Derechos: $14.00 Presentación y Código Político: $10.50**

Notas:

| Fecha | Nota | |
|---|---|---|
| 19-07-2013 | DOCUMENTO DESTRUIDO, conforme la Ley # 444 del 23 de septiembre de 2004; hoy 16 de julio de 2013. Alberto Robles. Con sobre | 91105 |
| 04-03-2013 | Documento inscrito al folio 76 del tomo 555 de HUMACAO, inscripción 7ª, finca 12773. Humacao a 5 de febrero de 2013. Con sobre. | 91105 |

Cerrar

Case:13-10211-BKT7 Doc#:19 Filed:10/26/15 Entered:10/26/15 08:21:30 Desc: Main
Document Page 6 of 24



## Registro de Propiedad

## Búsqueda de Estatus de Documentos

| | | |
|---|---|---|
| **Sección:** | Humacao | Data importada en 19-02-2014 |
| **Municipio:** | HUMACAO | |
| **Número de finca:** | 12773 | |

[ Buscar ]    [ Cambiar Búsqueda ]

| Asiento | Diario | Objeto | Fecha Presentación | |
|---|---|---|---|---|
| 517 | 904 | CANCELACION PARCIAL Y MODIFICACIO | 01-03-2011 | Ver Detalle |

AUTORIZADO POR LA COMISIÓN ESTATAL DE ELECCIONES: CEE-SA-12-5331

Copyright © 2012 Departamento de Justicia de Puerto Rico • Calle Olimpo, Esq. Axtmayer, Pda. 11 I

http://www.justicia.pr.gov/portaljusticia/RegistrodePropiedad.aspx

2/25/2014

~FMuC~ 2434311 **NOTE**

PAGARE

US $     92,000.00       HUMACAO           , Puerto Rico

City-(Ciudad)

01 de          November 01 , 2002
noviembre de 2002

— **FOR VALUE RECEIVED**, the undersigned ("Borrower") promise(s) to
— POR VALOR RECIBIDO, el (los) suscribiente (s) ("Deudor") promete (n) pagar a-

pay    RG MORTGAGE CORPORATION
RG MORTGAGE CORPORATION       , or order, the principal sum of
o a su orden, la suma de

NINETY-TWO THOUSAND AND 00/100

**Dollars** with interest on the unpaid balance from the date of this
Dólares, con intereses sobre el balance insoluto de principal desde la fecha de

Note, until paid, at the rate of   SIX AND 75000/100006        per
este Pagaré hasta su pago a razón del               por

cent per annum. Principal and interest shall be payable at
ciento anual. El principal e intereses serán pagaderos en

R-G MORTGAGE
4280 JESUS T. PIÑERO AVE.
HYDE PARK
SAN JUAN PR 00918

or such other place as the Note Holder may designate in writing,
o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito,—

in consecutive monthly installments of
en plazos mensuales y consecutivos de

FIVE HUNDRED NINETY-SIX AND 71/100        **Dollars**    (US$     596.71),
Dólares    (US$     596.71),

on the first (1st.) day of each month beginning on December
en el primer (ler.) día de cada mes comenzado en diciembre

de 2002   2002   until the entire indebtedness evidenced hereby is fully
hasta que se pague totalmente la deuda evidenciada por el

paid, except that any remaining indebtedness, if not sooner paid,
presente, si no antes pagada, quedará vencida y pagadera en

shall be due and payable on November 01 , 2032
01 de noviembre de 2032

PAY TO THE ORDER OF
R. & G. MORTGAGE CORP.       PAY TO THE ORDER OF

WITHOUT RECOURSE
R-G PREMIER BANK OF PUERTO RICO

BY: _____        WITHOUT RECOURSE
JORGE L DIAZ           R&G MORTGAGE CORPORATION
V.P. FINANCE            BY: _____
Lucinda Ruiz de Santiago
Assistant Vice President

—If any monthly installment under this Note is not paid
—Si cualquier plazo mensual bajo este Pagaré no es pagado cuando

when due and remains unpaid after a date specified by a notice to
venza y permanece impagado luego de la fecha especificada en la notificación

Borrower, the entire principal amount outstanding and accrued
al Deudor, la suma total de principal pendiente de pago e intereses

interest thereon shall at once become due and payable at the
acumulados sobre la misma quedarían inmediatamente vencidos y pagaderos a

option of the Note Holder hereof. The date specified shall not be
opción del tenedor de este Pagaré. La fecha especificada no será anterior a

less than thirty days from the date such notice is mailed.
treinta días a partir de la fecha de envío por correo de dicha notificación.

The Note Holder may exercise this option to accelerate during
El tenedor de este Pagaré podrá ejercitar esta opción de aceleración durante

any default by Borrower regardless of any prior forbearance.
cualquier incumplimiento del Deudor, no empece cualquier indulgencia de moro-

If suit is brought to collect this Note, the Note Holder shall
sidad anterior. De radicarse procedimiento judicial para el cobro de este

be entitled to collect in such proceeding the agreed and
Pagaré el tenedor de este Pagaré tendrá derecho a cobrar en dicho

liquidated amount of ten per cent of the original principal
procedimiento la suma pactada y líquida de diez por ciento de la suma

amount hereof to cover cost and expenses of suit, including but
original de principal del presente para cubrir las costas y gastos de dicho

not limited to, attorney's fees.
procedimiento, incluyendo, sin implicar limitación, honorarios de abogado.

—Borrower shall pay to the Note Holder a late charge of
—El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de

— five (5%) per cent of any monthly installment not received
—cinco (5%) — por ciento de cualquier plazo mensual que no sea recibido por el

by the Note Holder within — fifteen (15) days after the
tenedor de este Pagaré dentro de quince (15) días después de la

installment is due.
fecha de vencimiento de dicho plazo.

Borrower may repay the principal amount outstanding in whole
El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto

or part. The Note Holder may require that any partial prepayments
del principal. El tenedor de este Pagaré podrá requerir que cualesquiera pagos

(i) be made on the date monthly installments are due and (ii) be in
parciales (i) sean hechos en la fecha en que venzan plazos mensuales y (ii) sean

the amount of that part of one or more monthly installments which
en la cuantía de aquella parte de uno o más plazos mensuales que sería aplicable

would be applicable to principal. Any partial prepayment shall be
a principal. Cualquier pago parcial por anticipado será aplicado contra el

applied against the principal amount outstanding and shall not
principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo

postpone the due date of any subsequent monthly installments or
mensual subsiguiente ni cambiará el monto de dichos plazos, a menos que el

change the amount of such installments, unless the Note Holder
tenedor de este Pagaré acuerde lo contrario por escrito. Si, dentro de cinco (5)

shall otherwise agree in writing. If, within five years from the
años desde la fecha de este pagaré, se hace cualquier pago

date of this Note, any prepayment is made in any
anticipado en cualquier periodo de doce meses comenzando con la

twelve month period beginning with the date of this note or
fecha de este Pagaré o la de sus aniversarios ("año del préstamo")

anniversary dates thereof ("loan year") with money lent
con dineros prestados por un prestador que no sea el

by a lender other than the holder hereof, the Borrower
tenedor del presente, el Deudor pagará al tenedor del presente

shall pay the holder hereof (a) during the first loan year
(a) durante el primer año del préstamo tres por ciento (3%) de la cuantía

three (3%) per cent of the prepaid amount (b) during the second and
prepagada, (b) durante el segundo y tercer años del préstamo dos por ciento

third loan years two (2%) per cent of the prepaid amount, and (c)
(2%) de la cuantía prepagada, y (c) durante el cuarto y quinto año del préstamo

during the fourth and fifth loan years one (1%) per cent of the
un por ciento (1%) de la cantidad prepagada.

prepaid amount.

The above prepayment penalty will not be enforced if this Note is
La anterior penalidad por prepago no podrá ser ejercitada si este Pagaré es

sold by the holder hereof to The Federal Home Loan Mortgage
vendido por el tenedor de este Pagaré a la "Federal Home Loan Mortgage

Corporation (FREDDIE-MAC), or the Federal National Mortgage
Corporation (FREDDIE-MAC) o la "Federal National Mortgage

Association" (FANNIE-MAE).
Association" (FANNIE-MAC).

—Presentment, notice of dishonor, and protest are hereby
—Por la presente se renuncian los derechos de presentación, aviso de

waived by all makers, sureties, guarantors and endorsers hereof.
rechazo, y protesto por todos los otorgantes, fiadores, garantizadores y

This Note shall be the joint and several obligation of all
endosantes del presente. Este Pagaré constituye la obligación solidaria de

makers, sureties, guarantors and endorsers, and shall be binding
todos sus otorgantes, fiadores, garantizadores y endosantes y les obliga

upon them and their heirs, personal representatives, successors
así como a sus herederos, representantes personales, sucesores y

and assigns.
cesionarios.

—Any notice to Borrower provided for in this Note shall be
—Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser

given by mailing such notice by certified mail addressed to
enviada por correo certificado dirigida al Deudor a la Dirección de la

Borrower at the Property Address stated below, or to such other
Propiedad que abajo se indica, o a cualquier otra dirección que el Deudor

address as Borrower may designed by notice to the Note Holder
designe mediante notificación al tenedor de este Pagaré. Cualquier

hereof. Any notice to the Note Holder shall be given by mailing
notificación al tenedor de este Pagaré deberá ser enviada por correo

such notice by certified mail, return receipt requested, to the
certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección

Note Holder hereof at the address stated in the first paragraph of
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección

this Note, or at such other address as may have been designated by
que se haya designado mediante notificación al Deudor.

notice to Borrower.

—  The indebtedness evidenced by this Note is secured by a
—  La deuda evidenciada por este Pagaré está garantizada por una Hipoteca,

Mortgage, date of even dated herewith, on the property as
de fecha igual a la del presente, sobre propiedad según indicada en la

indicated in Deed number 280 before the suscribing Notary.
Escritura número 280 ante el Notario suscribiente.

NOELLES COLLESO SANABRIA

LENNY SANABRIA MORALES

Borrower - Deudor

11 ST F-16 URB VILLA HUMACAO
HUMACAO PR 00792-2008
Property Address
Dirección de la Propiedad

(Execute Original Only)
(Otórguese el Original solamente)

Signed and sealed as witness
Firmado y sellado como testigo

AFFIDAVIT NUM.: 5555

Acknowledge and subscribed to before me in the place and date above mentioned,
whom I identified personally known.

Notary Public
Notario Público

PAY TO THE ORDER OF
R & G PREMIER BANK OF PR
WITHOUT RECOURSE
BANCO SANTANDER DE PUERTO RICO
By:
Date:

CARMEN DEL PILAR RIVERA FONTANEZ
Abogada - Notario

**"ALLONGE"**
A PAGARE HIPOTECARIO

CANTIDAD ORIGINAL: $92,000.00

PRESTAMO NUMERO:       :1380
BANCO POPULAR DE PUERTO RICO

DEUDOR: **LOURDES COLLAZO SANABRIA** y **LENNY SABABRIA MORALES**

Se CANCELA y se MODIFICA este pagaré según Escritura 360, sobre CANCELACION PARCIAL Y MODIFICACION DE HIPOTECA, otorgada en San Juan Puerto Rico, el día 18 de noviembre de dos mil diez (2010), ante el Notario Denisse Marie Ocasio Rivera, como sigue:

SE CANCELA PARCIALMENTE el principal del pagaré original por la suma de SEIS MIL CUATROCIENTOS NOVENTA Y DOS DOLARES CON SESENTA Y SIETE CENTAVOS ($6,492.67) para un nuevo principal de OCHENTA Y CINCO MIL QUINIENTOS SIETE DOLARES CON TREINTA Y TRES CENTAVOS ($85,507.33). Que comenzando el primero (1) de noviembre de dos mil diez (2010) a un interés de TRES PORCIENTO ANUAL (3.00%) los pagos de principal e interés serán de CUATROCIENTOS TREINTA Y SIETE DOLARES CON TRES CENTAVOS ($437.83); que comenzando el primero (1) de noviembre de dos mil quince (2015) a un interés de CUATRO PORCIENTO ANUAL (4.00%) los pagos de principal e interés serán de CUATROCIENTOS SETENTA Y DOS DOLARES CON SETENTA Y UN CENTAVOS ($472.71); que comenzando el primero (1) de noviembre de dos mil dieciseis (2016) y hasta el vencimiento del préstamo, a un interés de CUATRO PUNTO VEINTICINCO PORCIENTO ANUAL (4.25%) los pagos de principal e interés serán de CUATROCIENTOS OCHENTA Y UN DOLARES CON CUARENTA Y TRES CENTAVOS ($481.43). El vencimiento del préstamo es el primero (1) de mayo de dos mil treinta y tres (2033).

En San Juan, PR, hoy 18 de noviembre de dos mil diez (2010)

NOTARIO PUBLICO

Certifico: Que en la misma fecha y lugar de su otorgamiento expedí primera copia certificada a petición DE BANCO POPULAR DE PUERTO RICO. DOY FE.———

ESCRITURA : TRESCIENTOS SESENTA (360)———
——— CANCELACION PARCIAL Y MODIFICACION DE ———
——————————————— HIPOTECA ———————————————

——En San Juan, Puerto Rico, hoy día dieciocho (18) de noviembre de dos mil diez (2010).————

——————————— ANTE MI ———————————
——DENISSE MARIE OCASIO RIVERA, Notario Público en Puerto Rico, con residencia en Orocovis y estudio abierto en San Juan, Puerto Rico.———

——————————— COMPARECE(N) ———————————
——DE LA PRIMERA PARTE: LOURDES COLLAZO SANABRIA y LENNY SABABRIA MORALES, quien comparece como co-deudora en este préstamo, ambas mayores de edad, solteras, propietarias y vecinas de Humacao, Puerto Rico; Puerto Rico, en adelante "LA PRIMERA PARTE".————

——DE LA SEGUNDA PARTE: BANCO POPULAR DE PUERTO RICO una Institución Bancaria debidamente organizada bajo las Leyes del Estado Libre Asociado de Puerto Rico, representado en este acto por CARLOS ANTONIO NEGRON ROSARIO, también conocido como CHARLIE NEGRON, mayor de edad, casado, ejecutivo y vecino de Guaynabo, Puerto Rico, quien compareció en virtud de Certificación de Resolución Corporativa del nueve de enero de dos mil nueve, suscrita por Bronilda Santos de Alvarez, Secretaria Auxiliar de la Junta de Directores de Banco Popular de Puerto Rico, según testimonio número dos mil trescientos cuarenta y cuatro (2344) del nueve (9) de enero de dos mil nueve (2009) ante el Notario Estela Martínez de Miranda.————

——DOY FE del conocimiento personal de los comparecientes, así como por sus dichos también la doy de su edad, estado civil, profesión y vecindad. Me aseguran tener y a mi juicio tienen la capacidad necesaria para este otorgamiento y en tal virtud, libremente:————
——————————— EXPONEN ———————————
——PRIMERO: Que en virtud de la escritura número doscientos ochenta (280), otorgada en Humacao, Puerto Rico, el primero (1) de noviembre de dos mil dos (2002), ante el Notario Carmen Belen Rivera Fontanez, los comparecientes de la Primera Parte constituyeron Primera Hipoteca a favor de R&G MORTGAGE CORPORATION o a su orden, por la suma principal de NOVENTA Y DOS MIL DOLARES CON CERO CENTAVOS ($92,000.00) con intereses al SEIS PUNTO SIETE CINCO PORCIENTO ANUAL (6.75 %).————

1

—SEGUNDO: Que la mencionada hipoteca está garantizada con la siguiente propiedad:——

—URBANA: Solar marcado con el número dieciséis (16) de la manzana F de la Urbanización Villa Humacao, en Humacao, Puerto rico, con un área de trescientos cuarenta y cuatro punto veinticinco (344.25) metros cuadrados; en lindes por el NORTE, en trece punto cincuenta (13.50) metros con el solar número trece guión F (13-F); por el SUR, en trece punto cincuenta (13.50) metros con la calle once (11); por el ESTE, en veinticinco punto cincuenta (25.50) metros, con el solar número dieciséis guión F (17-F); por el OESTE, en veinticinco punto cincuenta (25.50) metros, con el lote número quince guión F (15-F).——

—Existe una servidumbre para teléfonos a favor de la Puerto Rico Telephone Company de uno punto cincuenta (1.50) metros de ancho, que corre a lo largo de la colindancia Norte, con el lote número trece guión F (13-F).——

—Finca número 12773 inscrita al Folio 288 del Tomo 311 de Humacao, Registro de la Propiedad de Humacao.——

—TERCERO: La Hipoteca ha sido negociada y el compareciente de la SEGUNDA PARTE es actualmente el verdadero y legítimo dueño de dicho pagaré hipotecario por endoso.——

—CUARTO: Que las partes aquí comparecientes han acordado MODIFICAR la hipoteca antes referida y por la presente la modifican para hacer constar que SE CANCELA PARCIALMENTE el principal del pagaré original por la suma de SEIS MIL CUATROCIENTOS NOVENTA Y DOS DOLARES CON SESENTA Y SIETE CENTAVOS ($6,492.67) para un nuevo principal de OCHENTA Y CINCO MIL QUINIENTOS SIETE DOLARES CON TREINTA Y TRES CENTAVOS ($85,507.33). Que comenzando el primero (1) de noviembre de dos mil diez (2010) a un interés de TRES PORCIENTO ANUAL (3.00%) los pagos de principal e interés serán de CUATROCIENTOS TREINTA Y SIETE DOLARES CON TRES CENTAVOS ($437.03); que comenzando el primero (1) de noviembre de dos mil quince (2015) a un interés de CUATRO PORCIENTO ANUAL (4.00%) los pagos de principal e interés serán de CUATROCIENTOS SETENTA Y DOS DOLARES CON SETENTA Y UN CENTAVOS ($472.71); que comenzando el primero (1) de noviembre de dos mil dieciseis (2016) y hasta el vencimiento del préstamo, a un interés de CUATRO PUNTO VEINTICINCO PORCIENTO ANUAL (4.25%) los pagos de principal e interés serán de CUATROCIENTOS OCHENTA Y UN DOLARES CON CUARENTA Y TRES CENTAVOS ($481.43). El vencimiento del préstamo es el primero (1) de mayo de dos mil treinta y tres (2033).——

2

—QUINTO: El NOTARIO que suscribe hace constar haber anejado "Allonge" al Pagaré Original; recibido del compareciente de la SEGUNDA PARTE; sobre la modificación aquí efectuada, firmándolo y devolviéndolo a éste, quien es tenedor del mismo.——————

—SEXTO: Las partes comparecientes solicitan del Honorable Registrador de la Propiedad, tome razón de la MODIFICACION efectuada en virtud de esta escritura en los libros del Registro a su cargo.——————

—SEPTIMO: Los comparecientes acuerdan que los términos de esta Modificación no constituyen una novación del préstamo existente.——

————————————ACEPTACION————————————

—Los comparecientes aceptan esta escritura en todas sus partes por ser fiel exponente de sus instrucciones, habiéndoles hecho yo, el Notario, las advertencias legales necesarias en cuanto a su otorgamiento.——————

—Leída esta escritura por los comparecientes, se ratifican en su total contenido y confirman las declaraciones aquí suscritas como fiel y exactas exponente de sus estipulaciones, convenios y acuerdos. Por lo cual las partes comparecientes firman esta Escritura Pública ante mi el Notario y estampan sus iniciales en todos y cada uno de los folios de este documento.——————

—Yo el Notario, por la presente Certifico y DOY FE de todo lo suscrito en esta Escritura Pública bajo mi FE y sobre mi sello, Rúbrica, Signo y Firma Notarial——————

--On the same date of
its execution I issued
a first certified copy
at the request of R&G
Hortgage Corporation
I, the Notary Attest.--

NOTARY PUBLIC



---NUMBER:    TWO HUNDRED EIGHTY (280)----------
---NUMERO:------------------------------------

-----------------------FIRST MORTGAGE------------------
-----------------------PRIMERA HIPOTECA----------------

--In the city of Humacao-----------, Puerto Rico------------
--En la ciudad de----------------, Puerto Rico-------

this one (1)   day of november-------- of-----------------
hoy día--------de------------------de----------------

Two thousandtwo (2002)----------------------------------
Dos Mil-------------------------------------------------

------------------------BEFORE ME----------------------
------------------------ANTE MI------------------------

CARMEN DEL PILAR RIVERA FONTANEZ, a Notary Public----------
---------------------------------, Notary Public-----------

In Puerto Rico, with office in Humacao, Puerto Rico,-------
con oficinas en Flor Gerena número cincuenta y uno (51),
Humacao, Puerto Rico,----------------------------------

and residence in Guaynabo, Puerto Rico.--------------------
y residencia en Guaynabo, Puerto Rico.-----------------

-------------------------APPEAR------------------------
-------------------------COMPARECE---------------------

--The person (s) mentioned in paragraph SEVENTH hereof-----
--La (s) persona (s) mencionada (s) en el párrafo SEPTIMO--

(herein Borrower) --I, The Notary, certify that I----------
(en adelante el dueño)-Yo el Notario, certifico-----------

properly identified the Borrower in-----------------------
de haberse asegurado de la identidad del-----------------

Accordance with Secction seventeen (a) of the prevailing---
Deudor conforme e la sección diecisiete (a) de la ley------

Notarial Act and through their statements as to their
ages,----------------------------------------------------
Notarial y por sus dichos de sus edades, estados civiles---

Civil status, occupations and residences. They assure me---
Ocupaciones y residencias.  Ellos me aseguran que tiene y--

That they have, and in my judment they do have, the--------
A mi juicio tiene, la capacidad legal necesaria para-------

Necessary legal capacity to execute this deed; wherefore---
Otorgar esta escritura; por tanto -----------------------

they freely----------------------------------------------
Libremente-------------------------------------------------

-----------------**STATE AND COVENANT**-----------------
-----------------**DECLARAN Y CONVIENEN**-----------------

---**FIRST:** That borrower is owner of the property--
---**PRIMERO:** Que el deudor es dueño de la propiedad

described in paragraph FIFTH hereof (herein "property) and--
descrita en el párrafo QUINTO de la presente (en adelante---

has the right to mortgage said Property, that the property--
la propiedad), y tiene el derecho de hipotecar dicha--------

is unencumbered and that borrower will warrant and defend---
propiedad, que la propiedad se halla libre de cargas y------

the title to said property against all claims and demands---
gravámenes y que el deudor garantizará y defenderá su-------

subject to any declarations, easements or restrictions---
titulo a dicha propiedad contra toda reclamación y demanda,-

listed in schedule of exceptions to coverage un any--
sujeto a cualquier declaración, servidumbre o restricción---

title insurance policy insuring the interest in the------
detallada en la lista de excepciones a cubierta en--------

property of the lender mentioned in paragraph EIGHTH hereof
cualquier póliza de seguro de titulo que asegura el interés-

(herein "Lender")-------------------------------------------
en la propiedad del prestador mencionado en el párrafo------

OCTAVO de la presente (en adelante "El Prestador).----------

---**SECOND:** That Borrower is indebted to Lender in the-------
---**SEGUNDO:** Que el deudor adeuda al Prestador la suma-------

Principal sum of NINETY TWO THOUSAND ($92,000.00)-------------
Principal de-------------------------------------------------

                                        Six Point Seven Hundred
With interest threon at the rate of     Fifty-----------------
Con interés sobre la misma razón del------------------------

Per cent ( 6.750 %) per annum, which indebtness is----------
Por ciento (------%) anual cuya deuda está evidenciada------

Evidenced by a certain note payable to lender, or to its----
Por un pagaré pagadero al Prestador, o a su orden, fechado--

Order, dated on the one (1)--------- day of november-------
El día---------------------------de------------de----------

Two Thousand two (2002_--------Affidavit number Five Thousand
Dos mil-------------------------Affidávit número------------

Five Hundred Fifty Five (5555)
                                    (herein "note)----------
-----------------------------------(en adelante el----------

provinding for monthly installments of principal and-------
pagaré) en el cual se dispone para el pago de plazos--------

2

this Mortgage. The receiver shall be liable to-
del síndico y honorarios de abogado, y luego a la:

account only for those rents actually received.--
sumas garantizadas por esta hipoteca. El síndic·

será responsable de rendir cuentas únicamente---
respecto a las rentas realmente recibidas.-------

-+-21. Release. Upon payment of all sums secure·
---21. Descargo. Una vez pagadas todas las suma:

by this Mortgage, Lender shall release and cance·
garantizadas por esta Hipoteca, el Prestador----

this Mortgage at Borrower's expense, or, at-----
descargará y cancelará esta Hipoteca por cuenta--

Borrower's option, endorse the Note "for--------
del Deudor o, a opción del Deudor, endosará el--

cancellation only" without charge to Borrower.--
Pagaré "para cancelación únicamente" sin cargo a:
Deudor.-----------------------------------------

---FIFTH: The Property. The description of the-
---QUINTO: La Propiedad. La descripción de la--

mortgaged Property is:--------------------------
Propiedad es la siguiente:----------------------

--URBANA: Solar #16 de la manzana F de la
Urbanización Villa Humacao en Humacao, Puerto
Rico, con cabida superficial de 344.25 metros
cuadrados, en lindes por el NORTE, en 13.50
metros con el lote #13-F; por el SUR, en 13.50
metros, con la calle #11; por el ESTE, en 25.50
metros, con el lote #17-F; y por el OESTE, en
25.50 metros, con el lote #15-F.-----------------
--Existe una servidumbre para teléfono a favor de
la Puerto Rico Telephone Company de 1.50 metros
de ancho, que corre a lo largo de la colindancia
Norte, con el lote #13-F.-----------------------
--Enclava una casa:-----------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------



20

together with all the structures    improvements no
junto.. con todas las estructuras    mejoras actuales

or hereafter  erected on the Property and all-----
o futuras en la Propiedad y todas las servidumbres

easements, rights  appurtenances  and rents and--
derechos,  pertenencias y rentas  y todos los-----

all fixtures now and hereafter  attached to the---
muebles actualmente o en el futuro  adheridos a la

Property, all of which  including replacements and
Propiedad,  todos los cuales  incluyendo los que--

additions thereto shall be deemed to be and remain
los reemplacen o se le añadan en el futuro,  serán

a part of the Property covered  by this Mortgage -
considerados  como parte de la Propiedad cubierta-
por  esta hipoteca ------------------------------

---The Property is recorded at--------------------
---La Propiedad está inscrita  al-----------------

-Folio  número  "288"  del  tomo  número  "311"  de

Humacao, finca número "12,773".------------------

-------------------------------------------------

-------------------------------------------------

-------------------------------------------------

-------------------------------------------------

-------------------------------------------------

---SIXTH:  Value  of the Property ----------------
---SEXTO:  Valor  de la Propiedad ----------------

---Pursuant to the provisions of  the Mortgage and
---En cumplimiento  de las disposiciones de la Ley

Property Registry Act of  Puerto Rico, Lender and-
Hipotecaria y del Registro de la Propiedad  de----

Borrower value the Property at an  amount equal to
Puerto Rico  el Prestador y el  Deudor  .asan la---

the original principal amount of the  Note secured
propiedad en una cantidad equivalente al principal

by this mortgage, which  value shall serve as-----
original del Pagaré garantizado por esta hipoteca

lowest bid at.the first  auction in the event of--
cuyo valor servirá como tipo mínimo  en la primera

foreclosure --------------------------------------
subasta en caso de  ejecución --------------------

-------------------------------------------------

-------------------------------------------------




---**SEVENTH**: Appearing Parties ("Borrower").----
---**SEPTIMO**: Comparecientes ("Deudor").----------

-- DOÑA LOURDES COLLAZO SANABRIA, seguro social

número _____, mayor ..de edad, soltera,

propietaria y vecina de Humacao, Puerto Rico, a

quien DOY FE de conocer personalmente.------------

---**EIGHTH**: Lender.   The lender is----------------
---**OCTAVO**: Prestador.  El Prestador es----------

---**R&G MORTGAGE CORPORATION**, employer number

_____; a banking corporation organized under the La

of the Commonwealth of Puerto Rico.  The lender addre

is G.P.O. Box 362394; San Juan, Puerto Rico; 0093

2394.----------------------------------------------

---**NINTH**: Waiver of Homestead Rights.------------
---**NOVENO**: Renuncia de Hogar Seguro.------------

---Borrower hereby waives, in favor of the Lender,
---El Deudor por la presente renuncia, a favor del

to the fullest extent allowed by law, all--------
Prestador, hasta el límite permitido por ley,----

homestead and similar rights conferred upon------
todos sus derechos de hogar seguro y derechos----

Borrower by any law, including, without limitation
similares conferidos al Deudor por cualquier ley-

the provisions of the Puerto Rico Right of-------
incluyendo, sin implicar limitación, las---------





22

Homestead (31 LPRA Sec. 1851-1857).----------------
disposiciones sobre Derecho de Hogar Seguro de---
Puerto Rico (31 LPRA Sec. 1851-1857).--------------

---TENTH: Property Address. The property address
---DECIMO: Dirección de la Propiedad. La-------

shall be the address stated in the Note as the---
dirección de la propiedad será la dirección------

Property Address.----------------------------------
indicada en el Pagaré como Dirección de la-------
Propiedad.----------------------------------------

---------------------ACCEPTANCE-------------------
---------------------ACEPTACION-------------------

---After I, the Notary, made the pertinent legal-
---Hechas por mí las advertencias legales--------

admonitions, the appearing parties read, accepted
pertinentes, las partes leen, aceptan y otorgan--

and subscribed this deed in each of its pages and
esta escritura suscribiendo sus iniciales en cada

signed it all in one act, before me, at the place
página y firman en un solo acto, todo ante mí, en

and date previously indicated herein. Of the -----
el sitio y fecha indicada. De los deudores según --

Borrower as they ---------------------------------
por ellos ----------------------------------------

--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------





23

have expressed them herein, and of knowing them--
expresados y doy fe, además, del conocimiento de

through a witness who I personally know and who--
los deudores por el testigo de conocimiento,----

knows them, _____

who is of legal age, _____ , employee and---
quien es mayor de edad,- — — — — —, emplead----

resident of _____ , Puerto Rico, who has
vecin de _ _ _ _ _ _ _ _ _ _ _ _ _ _, Puerto Rico, si

no legal blemish or defect to be so, and whateve
tacha legal para serlo, a quien conozco y de----

else is herein consignated, I GIVE FAITH.-------
cuanto más queda consignado, DOY FE.-----------



24



CERTIFICACION: I HEREBY CERTIFY THAT THIS IS A
DUPLICATE COPY OF THE EXECUTED MORTGAGE
DEED THAT WAS PRESENTED FOR RECORDATION

NOTARY PUBLIC

**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

LOURDES COLLAZO SANABRIA

**Debtor(s)**

CASE NO.  13-10211  BKT

CHAPTER   13

### VERIFIED STATEMENT

I, José F. Cardona Jiménez of legal age, single, Attorney for Banco Popular Puerto Rico and resident of San Juan, Puerto Rico, declare under penalty of perjury as follows:

That as to this date  October 09, 2015, by a search and review of the records kept by BANCO POPULAR PUERTO RICO - MORTGAGE DIVISION in the regular course of business in regard to debtor account with this bank there is no information that will lead the undersign to belief that debtor is a regular service member either on active duty or under a call to active duty, in the National Guard or as a Commission Officer of the Public Health Services or the National Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtor that his military status has change as to this date.

That as part of my search I examined the documents and records available to me within our computer system.

IN TESTIMONY WHEREOF I SIGN THESE PRESENTS under penalty of perjury, in San Juan, Puerto Rico this 9 th day of October, 2015.

Department of Defense Manpower Data Center



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>COLLAZO SANABRIA</u>

First Name: <u>LOURDES</u>

Middle Name:

Active Duty Status As Of: <u>Oct-09-2015</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350