IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| LOURDES COLLAZO SANABRIA | * CASE NO. 13-10211 BKT |
| Debtor(s) | * CHAPTER 7 |
| BANCO POPULAR de PUERTO RICO MORTGAGE DIVISION | * INDEX |
| | * |
| Movant | |
| | * |
| LOURDES COLLAZO SANABRIA And WIGBERTO LUGO MENDER, TRUSTEE | * |
| Respondent (s) | * |

**DEBTOR'S RESPONSE TO *MOTION FOR RELIEF FROM STAY* DOCKET NO. 19**

TO THE HONORABLE COURT:

**NOW COMES, LOURDES COLLAZO SANABRIA**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On October 26, 2015, Banco Popular de Puerto Rico – Mortgage Division ("BPPR"), filed a motion for relief from stay in the present bankruptcy case, docket no. 19, basically alleging that the debtor is in post-petition arrears in the direct mortgage loan payments to said creditor.

2. The debtor respectfully submits that she is hereby consenting to the lift of stay in favor of BPPR to allow the debtor to meet with movant BPPR and request/apply for a mortgage loan modification through BPPR's loss mitigation division.

3. Therefore, the debtor hereby consents to the lifting of the automatic stay in favor of BPPR.

Page – 2 –
Debtor's Response to §362 Motion
Case no. 13-10211 BKT7

**WHEREFORE**, debtor respectfully requests from this Honorable Court to grant the present motion consenting to BPPR's request for the lift of stay in the above captioned Index.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of same to: the Chapter 7 Trustee, Wigberto Lugo Mender, Esq.; Vivian Ortiz Ponce, Esq., *Cardona Jimenez Law Offices PSC*, Counsel for BPPR; I also certify that a copy of this motion was sent via regular mail to the debtor/respondent Lourdes Collazo Sanabria, Urb Villa Humacao F 16 Calle 11 Humacao PR 00791.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 19th day of November, 2015.

/s/Roberto Figueroa Carrasquillo
USDC #203614
*RFIGUEROA CARRASQUILLO LAW OFFICE PSC*
ATTORNEY FOR DEBTOR/RESPONDENT
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com